**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 508 WAL 2016
                                       :
            Respondent           :
                                       :   Petition for Allowance of Appeal from
                                       :   the Order of the Superior Court
           v.                       :
                                       :
                                     :
DAVID M. KING,                     :
                                     :
            Petitioner           :

## ORDER

**PER CURIAM**

     **AND NOW**, this 10th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.